MARGARET GATELY, as Administratrix, etc., of JOHN F. GATELY, Deceased, Respondent, v. HOWARD P. ROBERTSON and Others, Appellants.— Plaintiff's intestate was standing near a parked automobile. An automobile owned by defendant Inman and operated by defendant Robertson, an employee of defendant Klaess-Lister Motor Sales, Inc., swerved to its wrong side of the road and struck and killed him. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

GEDNEY FARM GOLF CLUB, INC., Appellant, v. THE CITY OF WHITE PLAINS, Respondent. DANIEL W. MALONEY, Appellant, v. THE CITY OF WHITE PLAINS, Respondent.— Consolidated actions for the recovery of assessments paid by the plaintiffs to the city of White Plains in connection with the paving and curbing of Bryant avenue, on the ground that these assessments were illegal and void through defects *dehors* the record.— Judgment dismissing the complaints unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

EDWARD A. GEELAN, as President of Local No. 1 of the UNITED ASSOCIATION OF JOURNEYMEN PLUMBERS AND STEAMFITTERS, Appellant, v. CHARLES L. PETERSON, Respondent.— In an action to recover moneys alleged to have been misappropriated, order imposing conditions upon the denial of the defendant's motion to dismiss the action for lack of prosecution affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

JAMES P. GREENE, Respondent, v. KATHERINE M. McDERMOTT, Appellant.— In an action to recover damages for injuries alleged to have been sustained by plaintiff in a collision between the defendant's automobile and plaintiff's bicycle, order granting a preference reversed on the law and the facts, without costs, and motion denied, without costs. In our opinion the Special [Trial] Term improperly exercised its discretion in granting this preference. This court has heretofore stated that motions of this character should be sparingly granted and only upon facts which really show justification therefor. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

MARY A. GREGORY, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Defendant, and THE CARLETON CO., INC., Appellant.— Action by plaintiff to recover damages for personal injuries sustained by her while riding in a trolley car of defendant Brooklyn and Queens Transit Corporation, due to a collision between the trolley car and a derrick owned and operated by appellant. Judgment in favor of plaintiff against defendant The Carleton Co., Inc., which appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.